IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIAN MEDELES,

      Plaintiff,

vs.                                                             No. 1:14-CV-00604 KBM/SCY

UNITED STATES OF AMERICA,

      Defendant.

### STIPULATION OF DISMISSAL

Plaintiff and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    */s/ Electronically approved 9/29/15*
    MARK D. FINE
    CHARLOTTE L. ITOH
    Fine Law Firm
    220 Ninth Street NW
    Albuquerque, New Mexico 87102
    Telephone: (505) 243-4541
    Facsimile: (505) 242-2716
    *Attorneys for Plaintiffs*

    -and-

        DAMON P. MARTINEZ
        United States Attorney

        */s/ Erin E. Langenwalter*
        ERIN E. LANGENWALTER
        ROBERTO D. ORTEGA
        Assistant U.S. Attorneys
        P.O. Box 607
        Albuquerque, New Mexico 87103
        Phone: (505) 346-7274
        Fax: (505) 346-7205
        Erin.Langenwalter@usdoj.gov
        *Attorneys for Defendants*